IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01552-RPM

TAYLOR DAVIS and
ERIC DAVIS,

    Plaintiffs,

v.

CONNECTICUT GENERAL LIFE INSURANCE CO. and
CIGNA HEALTH MANAGEMENT, INC.,

    Defendant.

_____

ORDER DENYING MOTION TO REMAND
_____

    Upon consideration of Plaintiff's motion to remand filed August 21, 2015 [Doc. 12], it is

    ORDERED that the motion is denied.

    DATED:   August 24th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge